

# NUMBER 13-21-00356-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARK EDWARD JACKSON JR.,**                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

---

### On appeal from the 24th District Court
### of Calhoun County, Texas.

---

# ORDER TO FILE APPELLANT'S BRIEF

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is currently before the Court on its own motion. Appellant's brief was due to be filed on December 20, 2021. *See* TEX. R. APP. P. 38.6(a). On December 28, 2021, the Clerk of the Court notified appellant his brief was past due. On February 2, 2022, appellant notified us that the appeal has not been abandoned and stated he was awaiting rulings on certain matters by the trial court. On October 19, 2021, the trial court

denied appellant's request for appointment of counsel and no matters related to this appeal are referred to the trial court at this time.

Therefore, in order to ensure appellant has adequate time to prepare and file a brief in this matter, the Court sua sponte grants additional time to file appellant's brief. Therefore, appellant's brief in this matter is now due to be filed on or before March 31, 2022. Pursuant to TEX. R. APP. P. 42.3(b),(c), appellant is hereby notified that a failure to comply with this Order or to show why an extension should be granted will result in a dismissal for want of prosecution.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
9th day of March, 2022.